UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: NUNEZ, EDWARD § Case No. 13-06960
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  219 S. Dearborn St., 7th Floor, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 10/10/2013 in Courtroom 680, United States Courthouse, 219 S. Dearborn St., 7th Floor, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

    Date Mailed: 08/31/2013      By: /s/DEBORAH K. EBNER
                                                                                             Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: NUNEZ, EDWARD § Case No. 13-06960
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,000.00 |
| *and approved disbursements of* | $ 40.00 |
| *leaving a balance on hand of* [1] | $ 4,960.00 |
| **Balance on hand:** | $ 4,960.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,960.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER | 1,250.00 | 0.00 | 1,250.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,250.00 |
| Remaining balance: | $ 3,710.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 3,710.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,710.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,271.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Sallie Mae | 8,089.53 | 0.00 | 929.99 |
| 2 | FIA CARD SERVICES, N.A. | 4,348.82 | 0.00 | 499.95 |
| 3 | eCAST Settlement Corporation, assignee of Chase Bank USA, NA | 5,616.93 | 0.00 | 645.74 |
| 4 | eCAST Settlement Corporation, assignee of Chase Bank USA,NA | 4,005.98 | 0.00 | 460.54 |
| 5 | Portfolio Recovery Associates, LLC | 10,210.07 | 0.00 | 1,173.78 |

Total to be paid for timely general unsecured claims: $ 3,710.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 13-06960-JPC
Edward Nunez                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cgreen              Page 1 of 1              Date Rcvd: Sep 03, 2013
                              Form ID: pdf006           Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2013.
```
db         +Edward Nunez,    3605 N. St. louis,    Chicago, IL 60618-4225
20080645   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:   Bank Of America,    PO Box 982235,    El Paso, TX 79998)
20080646   +Carmax Auto Finance,    2040 Thalbro St.,    Richmond, VA 23230-3200
20080650   +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
20080647   +Chase,   PO Box 24696,    Columbus, OH 43224-0696
20080649   +Chase,   PO Box 7013,    Indianapolis, IN 46207-7013
20080648   +Chase,   PO Box 901039,    Fort Worth, TX 76101-2039
20080651   +Elena Tan,    6922 N. Lakewood,    Chicago, IL 60626-6412
20512271    FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
20697691   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:   Portfolio Recovery Associates, LLC,
             US BANK NATIONAL ASSOCIATIO (FLEX PERKS),    POB 41067,    Norfolk VA 23541)
20080653   +Retail National Bank,    PO Box 9475,    Minneapolis, MN 55440-9475
20080655   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   U S Bank,    101 5th St E Ste A,    Saint Paul, MN 55101)
20650958    eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
             New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20080652   +E-mail/Text: lossmitigationteam@quorumfcu.org Sep 04 2013 02:38:55
             Quorum Federal Credit Union,    2 Manhattanville Rd,    Purchase, NY 10577-2113
20080654   +E-mail/PDF: pa_dc_claims@salliemae.com Sep 04 2013 02:55:03      Sallie Mae,    PO Box 9500,
             Wilkes Barre, PA 18773-9500
20499074   +E-mail/PDF: pa_dc_claims@salliemae.com Sep 04 2013 02:55:05      Sallie Mae,    c/o Sallie Mae Inc.,
             220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
                                                                                               TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20650959*     eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
              New York, NY 10087-9262
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2013                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2013 at the address(es) listed below:
```
              Deborah Kanner Ebner    dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Paolo Rivera    on behalf of Debtor Edward Nunez privera02@yahoo.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```