# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: NUNEZ, EDWARD                                    Case No. 13-06960
_____,        Chapter 7
                    Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $370,529.17                    Assets Exempt: $92,869.17
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,710.00       Claims Discharged
                                                 Without Payment: $59,997.33

Total Expenses of Administration: $1,290.00

---

    3) Total gross receipts of $ 5,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $401,350.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,290.00 | 1,290.00 | 1,290.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 77,753.00 | 32,271.33 | 32,271.33 | 3,710.00 |
| **TOTAL DISBURSEMENTS** | $479,103.00 | $33,561.33 | $33,561.33 | $5,000.00 |

4) This case was originally filed under Chapter 7 on February 23, 2013. The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/12/2013          By: /s/DEBORAH K. EBNER
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2005 BMW X5 4.4i - Fair condition; 65,000 miles | 1129-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase | 4110-000 | 57,162.00 | N/A | N/A | 0.00 |
| NOTFILED | Carmax Auto Finance | 4110-000 | 4,726.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 339,462.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$401,350.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $1,290.00 | $1,290.00 | $1,290.00 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Sallie Mae | 7100-000 | 9,082.00 | 8,089.53 | 8,089.53 | 929.99 |
| 2 | FIA CARD SERVICES, N.A. | 7100-000 | 4,348.00 | 4,348.82 | 4,348.82 | 499.95 |
| 3 | eCAST Settlement Corporation, assignee of | 7100-000 | 18,672.00 | 5,616.93 | 5,616.93 | 645.74 |
| 4 | eCAST Settlement Corporation, assignee of | 7100-000 | 4,005.00 | 4,005.98 | 4,005.98 | 460.64 |
| 5 | Portfolio Recovery Associates, LLC | 7100-000 | 10,210.00 | 10,210.07 | 10,210.07 | 1,173.68 |
| NOTFILED | Quorum Federal Credit Union | 7100-000 | 1,664.00 | N/A | N/A | 0.00 |
| NOTFILED | Retail National Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae | 7100-000 | 698.00 | N/A | N/A | 0.00 |
| NOTFILED | Retail National Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Quorum Federal Credit Union | 7100-000 | 1,690.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 21,243.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 525.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Chase | | 7100-000 | 5,616.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | | $77,753.00 | $32,271.33 | $32,271.33 | $3,710.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-06960  
**Case Name:** NUNEZ, EDWARD

**Trustee:** (330480) DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 02/23/13 (f)  
**§341(a) Meeting Date:** 04/01/13  

**Period Ending:** 11/12/13  
**Claims Bar Date:** 07/08/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 3605 N. St. Louis Ave., Chicago, IL 60618 | 280,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 50.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account with Citibank - Debtor states t | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Account with Chase Bank - Debtor states | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Miscellaneous Household Furniture and Furnishing | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Used Clothes | 50.00 | 0.00 | | 0.00 | FA |
| 7 | IRA with Citibank | 72,904.17 | 0.00 | | 0.00 | FA |
| 8 | 401(k) with John Hancock Retirement | 13,515.00 | 0.00 | | 0.00 | FA |
| 9 | 2005 BMW X5 4.4i - Fair condition; 65,000 miles | 12,043.00 | 0.00 | | 5,000.00 | FA |
| 10 | 2005 Honda VTX1300C - Fair condition; 25,000 mil | 3,360.00 | 0.00 | | 0.00 | FA |
| 10 | **Assets Totals** (Excluding unknown values) | **$382,572.17** | **$0.00** | | **$5,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee liquidated equity on vehicle and this case is now proceeding into the closing process

**Initial Projected Date Of Final Report (TFR):** December 31, 2014  **Current Projected Date Of Final Report (TFR):** August 31, 2013 (Actual)

Printed: 11/12/2013 10:22 PM V.13.13

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-06960  
**Case Name:** NUNEZ, EDWARD  

**Taxpayer ID #:** **-***4819  
**Period Ending:** 11/12/13  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****932566 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/09/13 | {9} | Nunez, Edward | 2005 bmw equity buyout | 1129-000 | 5,000.00 | | 5,000.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 10.00 | 4,990.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,980.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,970.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,960.00 |
| 10/09/13 | 104 | eCAST Settlement Corporation, assignee of Chase Bank USA, NA | Dividend paid  11.49% on $5,616.93; Claim# 3; Filed: $5,616.93; Reference: XXXXXXXX4570 Voided: check issued on 10/10/13 | 7100-000 | | -645.74 | 5,605.74 |
| 10/09/13 | 105 | eCAST Settlement Corporation, assignee of Chase Bank USA,NA | Dividend paid  11.49% on $4,005.98; Claim# 4; Filed: $4,005.98; Reference: XXXXXXXXXXXX5315 Voided: check issued on 10/10/13 | 7100-000 | | -460.54 | 6,066.28 |
| 10/09/13 | 106 | Portfolio Recovery Associates, LLC | Dividend paid  11.49% on $10,210.07; Claim# 5; Filed: $10,210.07; Reference: XXXXXXXXXXXX1474 Voided: check issued on 10/10/13 | 7100-000 | | -1,173.78 | 7,240.06 |
| 10/09/13 | 109 | Portfolio Recovery Associates, LLC | Ref # XXXXXXXXXXXX1474 Voided: check issued on 10/10/13 | 7100-000 | | -1,173.68 | 8,413.74 |
| 10/10/13 | 101 | DEBORAH K. EBNER | Dividend paid 100.00% on $1,250.00, Trustee Compensation;  Reference: | 2100-000 | | 1,250.00 | 7,163.74 |
| 10/10/13 | 102 | Sallie Mae | Dividend paid  11.49% on $8,089.53; Claim# 1; Filed: $8,089.53; Reference: XXXXXXXXXXXXXXXXX0125 | 7100-000 | | 929.99 | 6,233.75 |
| 10/10/13 | 103 | FIA CARD SERVICES, N.A. | Dividend paid  11.49% on $4,348.82; Claim# 2; Filed: $4,348.82; Reference: XXXXXXXXXXXX0018 | 7100-000 | | 499.95 | 5,733.80 |
| 10/10/13 | 104 | eCAST Settlement Corporation, assignee of Chase Bank USA, NA | Dividend paid  11.49% on $5,616.93; Claim# 3; Filed: $5,616.93; Reference: XXXXXXXX4570 Voided on 10/09/13 | 7100-000 | | 645.74 | 5,088.06 |
| 10/10/13 | 105 | eCAST Settlement Corporation, assignee of Chase Bank USA,NA | Dividend paid  11.49% on $4,005.98; Claim# 4; Filed: $4,005.98; Reference: XXXXXXXXXXXX5315 Voided on 10/09/13 | 7100-000 | | 460.54 | 4,627.52 |
| 10/10/13 | 106 | Portfolio Recovery Associates, LLC | Dividend paid  11.49% on $10,210.07; Claim# 5; Filed: $10,210.07; Reference: XXXXXXXXXXXX1474 Voided on 10/09/13 | 7100-000 | | 1,173.78 | 3,453.74 |
| 10/10/13 | 107 | eCAST Settlement Corporation, | Ref # XXXXXXXX4570 | 7100-000 | | 645.74 | 2,808.00 |

Subtotals :     $5,000.00     $2,192.00

{} Asset reference(s)

Printed: 11/12/2013 10:22 PM     V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-06960  
**Case Name:** NUNEZ, EDWARD

**Taxpayer ID #:** **-***4819  
**Period Ending:** 11/12/13

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****932566 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | assignee of Chase Bank USA, NA | | | | | |
| 10/10/13 | 108 | eCAST Settlement Corporation, assignee of Chase Bank USA,NA | Ref # XXXXXXXXXXXX5315 | 7100-000 | | 460.64 | 2,347.36 |
| 10/10/13 | 109 | Portfolio Recovery Associates, LLC | Ref # XXXXXXXXXXXX1474<br>Voided on 10/09/13 | 7100-000 | | 1,173.68 | 1,173.68 |
| 10/10/13 | 110 | Portfolio Recovery Associates, LLC | Ref # XXXXXXXXXXXX1474 | 7100-000 | | 1,173.68 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,000.00 | 5,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 5,000.00 | 5,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.00** | **$5,000.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****932566** | **5,000.00** | **5,000.00** | **0.00** |
| | **$5,000.00** | **$5,000.00** | **$0.00** |